UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In re Application of

VSMPO-AVISMA Corporation,

                Petitioner,

for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025
```

25 Misc. 444 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Petitioner, VSMPO-AVISMA Corporation, has filed an application under 28 U.S.C. § 1782 for an order permitting it to obtain discovery from Respondents, the Clearing House Payments Company L.L.C, the Federal Reserve Bank of New York, JPMorgan Chase & Co., JPMorgan Chase Bank National Association, Morgan Stanley & Co. LLC, Interlink Metals & Chemicals Inc., and Joshua Raykhelson, in connection with a foreign criminal investigation in Russia. ECF No. 1. Accordingly:

1. By **October 23, 2025**, Petitioner shall serve a copy of this Order, as well as ECF Nos. 1–5 (including their attachments), on Respondents and file proof of such service on the docket;
2. By **November 6, 2025**, Respondents shall file their response to Petitioner's application; and
3. By **November 20, 2025**, Petitioner shall file its reply, if any.

    SO ORDERED.

Dated: October 16, 2025
         New York, New York

                                            ANALISA TORRES
                                        United States District Judge