UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>VSMPO-AVISMA CORPORATION,<br><br>                    Petitioner,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. 1:25-mc-00444 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court, having been assigned to this matter on November 7, 2025, hereby orders the following:

1) On November 5, 2025, Respondents JPMorgan Chase & Co., JPMorgan Chase National Bank Association, and Morgan Stanley & Co. LLC, requested an extension of time to file their opposition to Petitioner's application under 28 U.S.C. § 1782. *See* Dkt. 17. The request is GRANTED. These Respondents shall file their opposition by November 21, 2025. Petitioner's reply, if any, is due by December 5, 2025.

2) On November 6, 2025, Respondent Federal Reserve Bank of New York filed opposition to Petitioner's application. *See* Dkt. 33. Petitioner's reply, if any, is due by December 5, 2025.

3) On November 6, 2025, Respondents Interlink Metals & Chemicals, Inc. and Joshua Raykhelson, along with proposed intervenors Igor Raykhelson and Interlink Metals & Chemicals, AG, requested leave to exceed the word count limit under Local Rule 7.1(c). *See* Dkt. 21. The Court finds that the parties have demonstrated good cause to exceed the word count, and the request is GRANTED.

4) On November 6, 2025, Respondents Interlink Metals & Chemicals, Inc. and Joshua Raykhelson, along with proposed intervenors Igor Raykhelson and Interlink Metals & Chemicals, AG, further filed a combined opposition to Petitioner's application and motion to intervene. Petitioner shall file (a) a reply, if any, to these Respondents' opposition and (b) an opposition to the proposed intervenors' motion by December 5, 2025. Petitioner may, but need not, file these as one combined submission. The proposed intervenors' reply, if any, is due by December 19, 2025.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 21.

Dated: November 7, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge