**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE:

APPLICATION UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Case No. 1: 25-mc-444 (JRL)

**ORDER GRANTING APPLICANT'S MOTION FOR LEAVE TO EXCEED WORD COUNT OF: VSMPO-AVISMA CORPORATION'S OMNIBUS RESPONSE TO OBJECTIONS OF THE FEDERAL RESERVE BANK OF NEW YORK, INTERLINK METALS & CHEMICALS, INC., JOSHUA RAYKHELSON, IGOR RAYKHELSON, AND INTERLINK METALS & CHEMICALS, AG TO THE MAY 26, 2026 REPORT AND RECOMMENDATION**

Upon consideration of VSMPO-AVISMA Corporation's ("Applicant") Motion for Leave to Exceed Word Limit in its Omnibus Response to Objections of the Federal Reserve Bank of New York, Interlink Metals & Chemicals, Inc., Joshua Raykhelson, Igor Raykhelson, and Interlink Metals & Chemicals, AG to Magistrate Judge Valerie Figueredo's Report and Recommendation dated May 26, 2025 ("Response"), the Court finds that Applicant has demonstrated good cause to exceed the word count under Local Rule 7.1(c) and this Court's Individual Rules & Practices in Civil Cases, and the request is **GRANTED**.

**IT IS SO ORDERED**

New York, NY
Dated: July 1, 2026

VERNON S. BRODERICK
United States District Judge

1