BSF | BOIES SCHILLER FLEXNER

November 17, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *In Re: VSMPO-AVISMA Corporation*, No. 1:25-mc-00444-VSB-VF (S.D.N.Y. 2025) – Letter Motion to Seal Certain Filings**

Dear Judge Figueredo:

We write on behalf of VSMPO-AVISMA Corporation ("VSMPO") pursuant to the Court's Individual Practices in Civil Cases I(g)(2) to request permission to file certain documents temporarily under seal. As set forth in VSMPO's accompanying filing, VSMPO respectfully requests these materials be temporarily sealed.

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ D. Pustilnik*
Daria Pustilnik (admitted *pro hac vice*)
Boies Schiller Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
Email: dpustilnik@bsfllp.com

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: November 20, 2026**

The application to temporarily file the documents under seal is **GRANTED**, based on Judge Merchant's order in the Eastern District of New York.