**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

IN RE: VSMPO-AVISMA CORPORATION,

Petitioner.

---------------------------------------------------------------X

**25-MC-444 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Petitioner's application to submit the accompanying statement of relatedness *ex parte* is **DENIED**. Petitioner is directed to serve the statement of relatedness on the Interlink Respondents.

**SO ORDERED.**

DATED: New York, New York
November 20, 2026

VALERIE FIGUEREDO
United States Magistrate Judge